UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BAIYINAH ABDULLAH, ALA YAMOUT, and SUZANNE YOUSSEF, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF GARLAND, <br><br> *Defendant.* | § § § § § § § § § § § § Civil Action No. 3:25-CV-1058-X |

## ORDER

The Supreme Court recently granted certiorari on a Fifth Circuit case relevant to this matter.[1] Accordingly, in exercising the Court's inherent authority to manage its own docket, the Court **STAYS** this case pending the Supreme Court's decision in *Landor v. Louisiana*. The Clerk of Court shall administratively close this case for statistical purposes. City of Garland's Motion to Dismiss is **DENIED WITHOUT PREJUDICE**. The parties shall file a joint status report 28 days after the Supreme Court's decision requesting the Court reopen this case.

**IT IS SO ORDERED** on this 7th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *Landor v. Louisiana Dep't of Corr. & Pub. Safety*, 82 F.4th 337, 344 (5th Cir. 2023), cert. granted, No. 23-1197, 2025 WL 1727386 (U.S. June 23, 2025).

1